GEORGE W. LESLIE, RECEIVER, ETC., APPELLANT, v. WILLIAM S. RUGG, RESPONDENT.

*Agreement to pay individual debts of partner with partnership assets — when fraudulent as against creditors.*

An agreement entered into between partners that a portion of the partnership assets shall be applied to the payment of the individual debts of one partner, the firm being at the time insolvent, is fraudulent as against creditors of the firm and may be repudiated by a receiver thereof. (*Menagh* v. *Whitwell*, 52 N. Y., 146 ; *Ransom* v. *Vandeventer*, 41 Barb., 307 ; *Wilson* v. *Robertson*, 21 N. Y., 587.)

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

*C. W. Avery*, for the appellant.

*F. David*, for the respondent.

Opinion by MULLIN, P. J.

Judgment reversed and new trial ordered, costs to abide the event.